THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00029-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| WILLIAM MERLE LAWS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Forfeiture [Doc. 51].

Upon review of the Government Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Forfeiture [Doc. 51] is **GRANTED**, and the Notice of Forfeiture and Finding of Probable Cause in the Bill of Indictment [Doc. 1] is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the Consent Order and Judgment of Forfeiture [Doc. 32] previously entered by the Court is hereby **VACATED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge