IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:13-CR-29-MR-WCM-002 |
| | ) | (Financial Litigation Unit) |
| WILLIAM MERLE LAWS, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PERMA "R" PRODUCTS, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 83) is **GRANTED**, and the Writ of Continuing Garnishment (Doc. 70) against Defendant William Merle Laws is **DISMISSED**.

Signed: December 29, 2021

W. Carleton Metcalf
United States Magistrate Judge